COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-106-CV

STEVEN D. WESTERN APPELLANT

V.

RHONDA SCROGGINS APPELLEE

------------

FROM THE 271ST
 
DISTRICT COURT OF WISE COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Voluntary Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 5.

PER CURIAM 

PANEL D: CAYCE, C.J; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: April 28, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.